appellants. H. Pearlman, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KLEE, Respondent, v. CITY OF TROY, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by Joseph W. Klee against the City of Troy. No opinion. Motion denied. See, also, 142 N. Y. Supp. 1126.

KNABE, Appellant, v. DORLAND, Respondent. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by William Knabe against Mabelle H. Dorland. H. T. Andrews, of New York City, for appellant. W. L. Snyder, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 146 App. Div. 937, 131 N. Y. Supp. 1123.

KNISKERN, Respondent, v. CITY OF GLOVERSVILLE, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by Amelia Kniskern against the City of Gloversville. No opinion. Appeal dismissed, with $10 costs.

KNISKERN v. SINGER SEWING MACH. CO. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Harriet Kniskern against the Singer Sewing Machine Company. No opinion. Application denied, with $10 costs. Order signed.

KOLBRENNER, Appellant, v. BOB et al., Respondents. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by Peter Kolbrenner against Herman D. Bob and another. W. S. Evans, of New York City, for appellant. J. J. Mahoney, of New York City, for respondents. No opinion. Order affirmed, with costs. Order filed.

In re KOPOZYNSKI. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) In the matter of the application of Josephine Kopozynski for the removal of Albert Kusper from certain premises in the city of Elmira. No opinion. Motion denied.

KRAMPFF, Respondent, v. WOMANADA LAND ASS'N et al., Appellants. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Ernest E. Krampff against the Womanada Land Association and others. L. J. Wolff, of Brooklyn, for appellants. J. Friedman, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re KRAUSE. (Supreme Court, Appellate Division, First Department. October 24, 1913.) In the matter of Richard Krause. No opinion. Referred to official referee. Settle order on notice.

KRAVETZKY v. SCHUSTER et al. (two cases). (Supreme Court, Appellate Division, First Department. October 17, 1913.) Actions by David Kravetzky against Jacob Schuster and others. No opinion. Motions to dismiss appeals granted, with $10 costs. Order filed.

KRIDEL et al., Respondents, v. DAVID et al., Appellants. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Samuel Kridel and others against Esther C. H. David and others. A. G. Meyer, of New York City, for appellants. E. J. Bernheimer, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KUCZCK, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) Action by Mary Kuczck, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to the appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $5,000, as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

LAMBERT, J., not sitting.

LAKE SHORE & M. S. RY. CO., Appellant, v. MAHLE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by the Lake Shore & Michigan Southern Railway Company against Jeremiah Mahle and another. No opinion. Order reversed, with $10 costs and disbursements, and matter remitted to the Special Term for the appointment of a new commissioner. See, also, 72 Misc. Rep. 129, 129 N. Y. Supp. 288.

LAMBERTI v. SPADARO. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Annie Lamberti against Joseph Spadaro. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

LAWRENCE, Respondent, v. COWPERTHWAIT et al., Appellants. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by William B. Lawrence against Montgomery B. Cowperthwait and another. R. L. Redfield, of New York City, for appellants. H. R. Guggenheimer, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LEISE, Respondent, v. ROCHESTER, S. & E. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Florence Leise, as administratrix, etc., against the Rochester, Syracuse &